PER CURIAM.
Affirmed. See Speights v. State, 202 So. 3d 420 (Fla. 2d DCA 2016) (table decision); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013) ; Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Speights v. State, 11 So. 3d 953 (Fla. 2d DCA 2009) (table decision); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007) ; Henry v. State, 933 So. 2d 28 (Fla. 2d DCA 2006) ; Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006) ; Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004) ; Speights v. State, 875 So. 2d 620 (Fla. 2d DCA 2004) (table decision); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002) ; Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000) ; Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).
KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.